UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1. MELANIE ROSE BENAIS, and<br>2. RONALDA MYRA SMITH,<br><br>Defendants. | INDICTMENT CR 13-192 RHK/LIB<br><br>18 U.S.C. § 2<br>18 U.S.C. § 1151<br>18 U.S.C. § 1153(a)<br>18 U.S.C. § 1201(a)(2) |

THE UNITED STATES GRAND JURY CHARGES THAT:

COUNT 1
(Kidnapping)

On or about June 13, 2013, in the State and District of Minnesota, and within the exterior boundaries of the Red Lake Indian Reservation, the defendants,

**MELANIE ROSE BENAIS,** and
**RONALDA MYRA SMITH,**

who are Indians, while aiding and abetting each other, did unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold for ransom and reward and otherwise any person, namely S.N.N., also an Indian, and such act against S.N.N. was done within the special maritime and territorial jurisdiction of the United States, in violation of Title 18, United States Code, Sections 2, 1151, 1153(a), and 1201(a)(2).

A TRUE BILL

_____   _____
UNITED STATES ATTORNEY           FOREPERSON

SCANNED
JUL 23 2013
U.S. DISTRICT COURT MPLS