# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Civil No. 13-192 (1) (RHK/LIB) |
| Plaintiff, | **ORDER** |
| v. | |
| Melanie Rose Benais, | |
| Defendant. | |

Before the Court are the Objections of Defendant Benais to the October 18, 2013, Report and Recommendation of Magistrate Judge Leo I. Brisbois. The undersigned has conducted a de novo review of the objected to portions of the Report and Recommendation. Based on that review, and upon all the files, records, and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 72) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 71) is **ADOPTED**;

3. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 40) is **DENIED**; and

4. Defendant's Motion to Suppress Statements, Admissions, and Answers (Doc. No. 41) is **GRANTED IN PART and DENIED IN PART**, as set forth in the Report and Recommendation.

Dated: November 19, 2013

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge